# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fagone, Michael A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, District of Maine | 3. Date of Report<br><br>04/30/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Margaret Chase Smith Federal Building
Room 30607
202 Harlow Street
Bangor, ME 04401

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/18-6/18 | RSU #22 - Wages |
| 2. | 9/18-12/18 | RSU #22 - Wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | March 5 - 6, 2018 | New York City, NY | Executive Committee Meeting | Meals, Lodging, Transportation |
| 2. | American Bankruptcy Institute | July 12 - 14, 2018 | Stowe, VT | Speaker | Meals, Lodging, Transportation |
| 3. | American Bankruptcy Institute | September 5 - 7, 2018 | Las Vegas, NV | Speaker | Meals, Lodging, Transportation |
| 4. | Massachusetts Continuing Legal Education | December 3, 2018 | Boston, MA | Speaker | Meals, Transportation |
| 5. | American Bankruptcy Institute | December 5 - 9, 2018 | Phoenix, AZ | Speaker | Meals, Lodging, Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nelnet | Student Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Investments - IRA Rollover (***-**0895) (H) | | | | | | | | | |
| 2. FlexShares MStar Mkt Factor Tilt ETF - TILT | B | Int./Div. | L | T | Sold (part) | 02/08/18 | J | B | |
| 3. FlexShares Quality Dividend Index ETF - QDF | B | Int./Div. | K | T | | | | | |
| 4. GSAM ActiveBeta Large Cap ETF - GSLC | A | Int./Div. | K | T | | | | | |
| 5. IShares 1-5 yr US Bond ETF - ISTB | B | Int./Div. | K | T | | | | | |
| 6. IShares 3-7 yr Treasury ETF - IEI | A | Int./Div. | K | T | | | | | |
| 7. IShares Barclays 1-3yr Credit Bond ETF - IGSB | A | Int./Div. | K | T | | | | | |
| 8. IShares Barclays Aggregate Bond Index ETF - AGG | B | Int./Div. | K | T | | | | | |
| 9. IShares Edge MSCI Multifactor USA ETF - LRGF | A | Int./Div. | | | Sold | 09/17/18 | K | D | |
| 10. IShares Edge MSCI USA Momentum Factor ETF -MTUM | A | Int./Div. | K | T | Buy | 10/02/18 | K | | |
| 11. IShares Edge MSCI USA ESG Optimized ETF - ESGU | A | Int./Div. | K | T | | | | | |
| 12. IShares Russell 2000 Growth Index ETF - IWO | A | Int./Div. | | | Sold | 10/02/18 | K | B | |
| 13. IShares S&P 500 Index ETF - IVV | C | Int./Div. | M | T | | | | | |
| 14. IShares S&P MidCap 400 Index ETF - IJH | A | Int./Div. | K | T | | | | | |
| 15. IShares S&P SmallCap 600 Index ETF - IJR | A | Int./Div. | | | Sold | 10/02/18 | K | D | |
| 16. IShares Core Dividend Growth ETF - DGRO | A | Int./Div. | K | T | | | | | |
| 17. IShares Floating Rate Bond ETF - FLOT | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares KLD 400 Social Index ETF - DSI | A | Int./Div. | K | T | Buy | 12/27/18 | K | | |
| 19. IShares Edge MSCI USA Quality Factor ETF - QUAL | A | Int./Div. | | | Buy | 10/02/18 | K | | |
| 20. | | | | | Sold | 12/27/18 | K | | |
| 21. Invesco QQQ Trust Unit Ser 1 ETF - QQQ | A | Int./Div. | L | T | | | | | |
| 22. Invesco S&P 500 Equal Wgt ETF (formerly Rydex Guggenhein) - RSP | B | Int./Div. | L | T | | | | | |
| 23. Schwab US Dividend Equity ETF - SCHD | A | Int./Div. | | | Sold | 05/04/18 | K | | |
| 24. Vanguard Dividend Appreciation ETF - VIG | A | Int./Div. | K | T | Buy | 09/07/18 | K | | |
| 25. Vanguard Mega Cap 300 Growth ETF - MGK | A | Int./Div. | K | T | | | | | |
| 26. Fidelity Government Cash Reserves MMF - FDRXX | A | Int./Div. | K | T | Sold (part) | 01/08/18 | J | | |
| 27. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 28. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 29. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 30. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 31. | | | | | Buy (add'l) | 03/07/18 | J | | |
| 32. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 33. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 34. | | | | | Buy (add'l) | 03/27/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 36. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 37. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 38. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 39. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 40. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 41. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 42. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 43. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 44. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 45. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 46. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 47. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 48. | | | | | Sold (part) | 07/03/18 | J | | |
| 49. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 50. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 51. | | | | | Buy (add'l) | 07/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 53. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 54. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 55. | | | | | Sold (part) | 09/19/18 | J | | |
| 56. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 57. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 58. | | | | | Sold (part) | 10/02/18 | J | | |
| 59. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 60. | | | | | Sold (part) | 10/04/18 | J | | |
| 61. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 62. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 63. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 64. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 65. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 66. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 67. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 68. | | | | | Buy (add'l) | 12/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 70. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 71. Fidelity Investments - Trust #1 (*** - **3720) (H) X | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I am the sole trustee of a trust for the benefit of certain relatives ("Trust #1"). I do not receive any income from Trust #1. I do not currently have, and did not at any time during the reporting period have, any beneficial interest in Trust #1, its res, or any income derived therefrom. My sole function, with respect to the trust, is to serve as a trustee for those persons who do have a beneficial interest in the trust and, during the reporting period, I served in that capacity on an uncompensated basis. Copies of the trust agreement and the relevant account records are available upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael A. Fagone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544